No. 94–7889.  CLUKE *v.* HIGGINS, SUPERINTENDENT, CENTRAL MISSOURI CORRECTIONAL CENTER, ET AL.  C. A. 8th Cir.  Certiorari denied.

No. 94–7890.  WILSON *v.* SPITZ ET AL.  Cir. Ct. Greenbriar County, W. Va.  Certiorari denied.

No. 94–7895.  SAMPANG *v.* VIRGINIA ET AL.  C. A. D. C. Cir.  Certiorari denied.

No. 94–7896.  ESTY *v.* FLORIDA.  Sup. Ct. Fla.  Certiorari denied.

No. 94–7899.  DEVOLL ET UX. *v.* BURDICK PAINTING, INC., ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 94–7902.  DAWKINS *v.* OKLAHOMA.  Ct. Crim. App. Okla.  Certiorari denied.

No. 94–7905.  FINOCCHI *v.* ARIZONA.  Ct. App. Ariz.  Certiorari denied.

No. 94–7906.  HARDIN *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 94–7920.  BARNES *v.* LOUISIANA.  Ct. App. La., 4th Cir.  Certiorari denied.

No. 94–7939.  GARCIA *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 94–7959.  OKORO *v.* UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 94–7960.  QUIROZ *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 94–7967.  MITCHELL *v.* UNITED STATES.  C. A. Armed Forces.  Certiorari denied.

No. 94–7972.  ROTHBERG *v.* QUADRANGLE DEVELOPMENT CORP. ET AL.  Ct. App. D. C.  Certiorari denied.

No. 94–7975.  COLE *v.* UNITED STATES.  C. A. 3d Cir.  Certiorari denied.